UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:07CR0727 CAS/TCM |
| ) | |
| CHRISTOPHER DONAHUE, ) | |
| ) | |
| Defendant. ) | |

**ORDER FOR MENTAL EXAMINATION**

Upon motion of the Government [Doc. 215], and it appearing to the Court that Defendant, Christopher Donahue, may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his own defense, the Court, pursuant to 18 U.S.C. § 4241, hereby orders that Defendant be examined as to his mental condition.

The Court hereby directs the United States Marshal for the Eastern District of Missouri to take Defendant forthwith in his custody to a medical facility for federal prisoners, and there to be examined as promptly as possible, but in no case for a period in excess of forty-five (45) days.  See 18 U.S.C. § 4247(b).

Upon completion of the examination, Defendant shall be returned to this judicial district by the United States Marshal.  Also, upon completion of the examination, a report shall be prepared and filed with the Court in accordance with the provisions of 18 U.S.C. § 4247(b)

and (c). The report shall include: 1) Defendant's history and present symptoms; 2) a description of the psychiatric, psychological, and medical tests that were employed and their results; 3) the examiner's findings; and 4) the examiner's opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to determine Defendant's competency [Doc. 215] is **GRANTED**.

**IT IS FURTHER ORDERED** that while at the medical facility for federal prisoners, Defendant shall receive medical and psychiatric treatment if any such treatment is deemed appropriate by the medical personnel at the facility.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send three certified copies of said order to the United States Marshals Service.

**IT IS FINALLY ORDERED** that the Warden at the medical center or the Warden's designee shall advise this Court in writing of the date of Defendant's arrival at the medical center. That notice shall be filed with the Court within five (5) days of Defendant's arrival at the institution.

/s/ Thomas C. Mummert, III
THOMAS C. MUMMERT, III
UNITED STATES MAGISTRATE JUDGE

Dated this 23rd day of March, 2009.